# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **[D.Ct.#97-cr-1010(edny)]**       Caption [use short title]

Motion for: **Leave to proceed in forma pauperis; with incorporated affidavit in support thereof**

**Vondette v. U.S.**

Set forth below precise, complete statement of relief sought:

**Grant leave to proceed in forma pauperis based upon, inter alia, "prior approval" under Rule 24(a)¶3) of the Fed.R.App.P.**

MOVING PARTY: **Michael Vondette**   OPPOSING PARTY: **United States**
- [ ] Plaintiff
- [ ] Defendant
- [XX] Appellant/Petitioner
- [ ] Appellee/Respondent

MOVING ATTORNEY: **Michael Vondette, pro se**   OPPOSING ATTORNEY: **United States Attorney**
[name of attorney, with firm, address, phone number and e-mail]

| FCI-Med.; #50936198 | U.S. Courthouse |
| 3901 Klein Blvd. | 100 Federal Plaza |
| Lompoc, CA 93436 | Central Islip, N.Y. 11722 |

Court-Judge/Agency appealed from: **E.D.N.Y. (Central Islip); Judge Joseph F. Bianco; U.S. District Court**

Please check appropriate boxes:       FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:

Has movant notified opposing counsel (required by Local Rule 27.1):   Has request for relief been made below? [ ] Yes [ ] No
[XX] Yes [ ] No (explain): _____   Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [XX] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [XX] Don't Know

Is oral argument on motion requested?   [ ] Yes [XX] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes [XX] No   If yes, enter date: _____

Signature of Moving Attorney:
/s/ Michael Vondette, pro se   Date: **Nov/16/2015**   Service by: [ ] CM/ECF  [XX] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

```
---------------------------x
MICHAEL VONDETTE,           )
         Movant-Appellant,  )     No.
                            )
v.                          )
                            )     [D.Ct.#97-cr-1010(EDNY)]
                            )
UNITED STATES OF AMERICA,   )
         Respondent-Appellee.)
---------------------------x
```

MOTION FOR LEAVE TO PROCEED IN FORMA
PAUPERIS WITH INCORPORATED AFFIDAVIT IN SUPPORT THEREOF

I, Michael Vondette, the Movant in this action under 28 U.S.C. §2106 hereby swear or affirm under the penalties of perjury pursuant to 28 U.S.C. §1746 that; because of my poverty, I cannot prepay the docket fees, if required, in ths action or post a bond for them. I believe I am entitled to redress. I swear or affirm under United States laws that my answers on the incorporated form are true and correct.

This action is for the Court to "determine" under 28 U.S.C. §2106; "whether judicial notice under Rule 201 of the Federal Rules of Evidence [see, Rule 201(c)(2)] pursuant to the provided adjudicative facts, is proper and required within the underlying action under 18 U.S.C. §3582(c)(2); now before the lower Court"?

The Movant further respectfully invokes Rule 24(a)(3) **"Prior Approval"** [Fed.R.App.P.], as I have been granted in forma pauperis status in the U.S. Supreme Court [Vondette, 543 U.S.] and the U.S. Second Circuit Court of Appeals [Vondette, #07-cr-1919; #09-cr-1300].

Dated: November 16, 2015

_____
Michael Vondette
Movant pro se

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ | $ |
| Self-employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| **Total monthly income:** | $ 0 | $ | $ | $ |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | N/A | N/A | $ 0 |
| NONE | N/A | N/A | $ 0 |
| NONE | N/A | N/A | $ 0 |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| ~~NONE~~ | ~~N/A~~ | ~~N/A~~ | $ ∅ |
| NONE | N/A | N/A | $ ∅ |
| NONE | N/A | N/A | $ ∅ |

4. *How much cash do you and your spouse have?* $ ∅

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | ~~Amount your spouse has~~ |
|---|---|---|---|
| NONE | N/A | $ ∅ | $ |
| NONE | N/A | $ ∅ | $ |
| NONE | N/A | $ ∅ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home  NONE | Other real estate  NONER | Motor vehicle #1  NONE | |
|---|---|---|---|
| (Value) $ ∅ | (Value) $ ∅ | (Value) $ ∅ | |
| N/A | N/A | Make and year: | N/A |
| | | Model: | N/A |
| | | Registration #: | N/A |

| Motor vehicle #2  NONE | Other assets  NONE | Other assets  NONE |
|---|---|---|
| (Value) $  ∅ | (Value) $ ~~Signyourname~~ | (Value) $  ∅ |
| Make and year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration #: N/A | N/A | N/A |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | ~~Amount owed to your spouse~~ | |
|---|---|---|---|
| NONE | $ ∅ | $ | |
| NONE | $ ∅ | $ | |
| NONE | $ ∅ | $ | |
| NONE | $ ∅ | $ | |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| NONE | N/A | N/A |
| NONE | N/A | N/A |
| NONE | N/A | N/A |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | N/A | N/A |
|     Homeowner's or renter's: | $ 0 | $ |
|     Life: | $ 0 | $ |
|     Health: | $ 0 | $ |
|     Motor vehicle: | $ 0 | $ |
|     Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ |
|     Credit card (name): | $ 0 | $ |
|     Department store (name): | $ 0 | $ |
|     Other: | $ 0 | $ |

| Alimony, maintenance, and support paid to others | $ 0 | $ | |
| --- | --- | --- | --- |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ | |
| Other (specify): | $ 0 | $ | |
| **Total monthly expenses:** | $ 0 | $ | |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes ☒ No     If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $   N/A

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal,* or action.   I have been continuously incarcerated since 1997; and my dismal financial situation has NOT changed; and I have been granted in forma pauperis status previously in this Court [See Rule 24(a)(3) PRIOR APPROVAL (Fed.R.App.P.)].

12. *State the city and state of your legal residence*

    Lompoc, California

    *Your daytime phone number:* N/A

    *Your age:* 65     *Your years of schooling:* N/A

    *Last four digits of your social-security number:* 3330